# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3926

_____

United States of America

*Plaintiff - Appellee*

v.

Ana Vaca-Gomez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: September 30, 2013
Filed: October 7, 2013
[Unpublished]

_____

Before LOKEN, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Ana Vaca-Gomez pleaded guilty to aiding and abetting the distribution of actual methamphetamine, and the district court[1] sentenced her to 87 months in prison and 4

_____

[1]The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.

years of supervised release. On appeal, her counsel has moved to withdraw, and in a brief filed under <u>Anders v. California</u>, 386 U.S. 738 (1967), counsel raises as issues (1) whether the sentence is excessive and unfair, and (2) whether Vaca-Gomez's proffer interviews with the government should have resulted in a motion for a downward departure based on substantial assistance. In his motion to withdraw, counsel states that Vaca-Gomez believes that counsel rendered ineffective assistance.

To the extent Vaca-Gomez raises a claim of ineffective assistance of counsel, we decline to consider it in this direct criminal appeal. <u>See</u> <u>United States v. McAdory</u>, 501 F.3d 868, 872-73 (8th Cir. 2007). We also reject the argument that the district court's sentence was excessive and unfair, <u>see</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc), and we find no basis in the record to conclude that the lack of a substantial-assistance departure motion in this case is a basis to challenge the sentence imposed, <u>see</u> <u>United States v. Wolf</u>, 270 F.3d 1188, 1190 (8th Cir. 2001).

Last, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____